# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**208**
**CA 16-01216**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, CURRAN, AND SCUDDER, JJ.
_____

MICHAEL J. JONES, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

MAUREEN E. TORPEY, KATHRYN F. TORPEY,
DEFENDANTS-APPELLANTS,
CANEISHA N. DOSS AND LARRY D. DOSS,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)
_____

LAW OFFICES OF VICTOR M. WRIGHT, ORCHARD PARK (RACHEL EMMINGER OF
COUNSEL), FOR DEFENDANTS-APPELLANTS

DOLCE PANEPINTO, P.C., BUFFALO (JONATHAN M. GORSKI OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (LAUREN M. YANNUZZI OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.
----------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Timothy
J. Drury, J.), entered April 12, 2016. The order, upon reargument,
granted plaintiff's motion for partial summary judgment.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court entered January 14, 2016 (Patrick H. NeMoyer, J.).

Entered: February 3, 2017                          Frances E. Cafarell
                                                   Clerk of the Court